# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW LISIECKI, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 06-1242 |
| | ) | |
| vs. | ) | |
| | ) | United States District Judge Gary L. |
| BOROUGH OF WHITEHALL, | ) | Lancaster |
| | ) | |
| Defendant. | ) | |
| | ) | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this 2nd day of May, 2008, upon consideration of Defendant's Motion for Leave to File its Pre-Trial Statement After Plaintiff files his Pre-Trial Statement [document #32] and Plaintiff's Motion for Leave to to File Pre-Trial Statement Out of Time [document #33], IT IS HEREBY ORDERED that Plaintiff shall file his Pre-Trial Statement on or before May 2, 2008. Defendant shall file its Pre-Trial Statement on or before June 2, 2008. THERE WILL BE NO FURTHER EXTENSION.

BY THE COURT:

_____
United States District Judge Gary J. Lancaster