IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW LISIECKI, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 06-1242 |
| | ) | |
| vs. | ) | |
| | ) | United States District Judge Gary L. |
| BOROUGH OF WHITEHALL, | ) | Lancaster |
| | ) | |
| Defendant. | ) | |
| | ) | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this 14th day of May, 2008, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed, with prejudice.

BY THE COURT:

_____
United States District Judge Gary J. Lancaster

12/716273.v1
File No.1 3061.434